

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00239-CR

JONATHAN LAMAR JONES,

                                        Appellant

 v.

THE STATE OF TEXAS,

                                        Appellee

**From the County Court at Law No. 1
McLennan County, Texas
Trial Court No. 2017-3293-CR1**

## MEMORANDUM OPINION

Jonathan Jones filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).

Dismissal of the appeal would not prevent a party from seeking relief to which it would

otherwise be entitled.  The motion is granted, and the appeal is dismissed.


                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed November 28, 2018
Do not publish
[CR25]

